UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>VITAHEAT MEDICAL, LLC,<br><br>Debtor(s)<br>ILENE F. GOLDSTEIN, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE OF THE VITAHEAT<br><br>Plaintiff(s)<br>WILLIAM HAAS AND THINHEAT LLC,<br><br>Defendant(s) | BK No.: 18-35295<br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br><br>Adv. No.: 20-00406 |

## ORDER GRANTING TRUSTEE'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter coming before the court on the TRUSTEE'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The trustee has leave to file her first amended complaint on or before January 15, 2021. Defendants must answer or otherwise plead on or before February 5, 2021. This matter is set for a status hearing on February 19, 2021, at 11:5 a.m.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 08, 2021

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Firm ID: 45665
Tel: (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com